IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE GOLD LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>PAYACTIV, INC.,<br><br>   *Defendant*. | CIVIL ACTION<br>NO. 17-03647 |

# ORDER

**AND NOW**, this 7th day of September, 2018, upon consideration of Defendant's Motion to Dismiss, (ECF No. 14), and Plaintiff's Amended Motion for Summary Judgment, (ECF No. 18), it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **DENIED.**

2. Plaintiff's Amended Motion for Summary Judgment is **DENIED**.

                   BY THE COURT:


                   __/s/ Gerald J. Pappert___
                   GERALD J. PAPPERT, J.